1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11  KELLIE DARLENE HILL,                    )    Case No.: 1:21-cv-0583 JLT
                                            )
12                  Plaintiff,              )    ORDER GRANTING PLAINTIFF'S REQUEST
                                            )    FOR AN EXTENSION OF TIME
13          v.                              )
                                            )    (Doc. 12)
14  COMMISSIONER OF SOCIAL SECURITY,        )
                                            )
15                  Defendant.              )
                                            )
16  _____)

17          On November 29, 2021, Plaintiff filed stipulation of the parties for a 32-day extension of time to

18  file a motion for summary judgment. (Doc. 12.)  Matthew Holmberg, counsel for Plaintiff, reports the

19  extension is necessary due to his workload and anticipated travel "out of the country and without access

20  to a reliable internet connection." (*Id.* at 2.)  Notably, this is the first request for an extension, and it

21  does not appear either party will suffer prejudice from the delay.  Accordingly, the Court **ORDERS**:

22          1.      The request for an extension of time (Doc. 12) is **GRANTED**; and

23          2.      Plaintiff **SHALL** file a motion for summary judgment no later than **January 14, 2022**.

24

25  IT IS SO ORDERED.

26      Dated:   __**December 2, 2021**__          _____/s/ Jennifer L. Thurston_____
27                                                 CHIEF UNITED STATES MAGISTRATE JUDGE

28